1  LARY ALAN RAPPAPORT, SBN 87614
   lrappaport@proskauer.com
2  PROSKAUER ROSE LLP
   2049 Century Park East, Suite 3200
3  Los Angeles, CA   90067-3206
   Telephone:   310-557-2900
4  Facsimile:    310-557-2193

5  KATHARINE H. PARKER, *Admitted Pro Hac Vice*
   kparker@proskauer.com
6  PROSKAUER ROSE LLP
   Eleven Times Square
7  New York, NY  10036-8299
   Telephone:   212-969-3000
8  Facsimile:    212-969-2900

9  BRIDGIT M. DePIETTO, *Admitted Pro Hac Vice*
   bdepietto@proskauer.com
10 PROSKAUER ROSE LLP
   1001 Pennsylvania Avenue, NW, Suite 400 South
11 Washington, DC  20004
   Telephone:   202-416-6800
12 Facsimile:    202-416-6899

13 Attorneys for Defendants
   **TIME INC., ADMINISTRATIVE COMMITTEE OF THE**
14 **TIME WARNER PENSION PLAN, and FMR LLC**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORINDA REICHERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TIME INC., ADMINISTRATIVE COMMITTEE OF THE TIME WARNER PENSION PLAN, and FMR LLC,<br><br>　　　　　Defendant. | Case No. CV-11-3592 DMR<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**<br><br>Honorable Donna M. Ryu<br><br>Action Filed:  July 21, 2011 |

**Declination to Proceed and Request For Re-Assignment – Case No. CV-11-3592 DMR**

1  REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE.

2  The undersigned party hereby declines to consent to the assignment of this case to a United
3  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case
4  to a United States District Judge.

6  DATED: August 15, 2011            LARY ALAN RAPPAPORT
                                     KATHARINE H. PARKER
7                                    BRIDGIT M. DePIETTO
                                     PROSKAUER ROSE LLP

9                                    */s/ Lary Alan Rappaport*
                                     LARY ALAN RAPPAPORT

                                     Attorneys for Defendants
                                     TIME INC., ADMINISTRATIVE
                                     COMMITTEE OF THE TIME WARNER
                                     PENSION PLAN, and FMR LLC

---

1

**Declination to Proceed and Request For Re-Assignment – Case No. CV-11-3592 DMR**